# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent Todd Bucci, being duly sworn, depose and state as follows:

1. I am a Special Agent with the U.S. Department of Agriculture (USDA), Office of Inspector General (OIG), located in the New England Field Office, Salem, New Hampshire. I have a total of approximately 28 years of law enforcement experience as a Police Officer, Corrections Officer, and Special Agent. I have been employed by the USDA-OIG for approximately sixteen years. Prior to my employment at USDA-OIG I was employed by the U.S. Department of Interior OIG as a Special Agent for approximately five years and was employed as a Special Agent with the U.S. Army Criminal Investigation Command (USACIDC) for approximately five years. I also served as local police officer in Massachusetts as well as a Military Police Corrections Officer with the U.S. Army for a cumulative total of approximately two years. During my career, I have conducted numerous investigations involving various financial and major crimes. My current duties involve the investigation of violations of both state and federal statutes in which the USDA has a specified interest as well as related criminal activities, such as theft, wire, mail, bank fraud, program fraud, money laundering, tax fraud, financial transaction card fraud, theft, wrongfully obtaining welfare assistance, racketeering and other white-collar fraud and financial fraud investigations. As a Special Agent, I have received specialized training and have past experience investigating these types of investigation.

2. This affidavit is based on my personal knowledge, and information obtained from documents, witnesses and/or other agents involved in this investigation. The information contained in this affidavit is provided for the purpose of establishing probable cause for the criminal complaint described below and does not contain all the details of this investigation that are known to me.

## I. PURPOSE OF AFFIDAVIT

3. I am participating in an investigation of LAMAR COOK (dob: xx/xx/1980, ssn: xxx-xx-4866) ("COOK") for violations of federal law. This affidavit is submitted in support of an application for a criminal complaint charging COOK with the following offenses:

- Count One: for the period of April 6, 2026 through and until October 6, 2026, the unlawful use, transfer, acquisition, or possession of Supplemental Nutrition Assistance Program ("SNAP") benefits, valued over $100 but less than $5,000, in violation of 7 U.S.C. § 2024(b); and

- Count Two: on or about April 6, 2026, wire fraud, in violation of 18 U.S.C. § 1343, related to the false and fraudulent statements contained on a SNAP application submitted by LAMAR COOK over the internet to the Massachusetts Department of Transitional Assistance ("DTA").

## II. BACKGROUND ON LAMAR COOK

4. I am familiar with LAMAR COOK (dob: xx/xx/1980, ssn: xxx-xx-4866), who resides at 110 Lamont Street, Springfield, Massachusetts ("110 LAMONT STREET"). A photograph of COOK from his Massachusetts Driver's License follows:



5. COOK lists 110 Lamont Street, Springfield, Massachusetts as his primary residence with the Massachusetts Registry of Motor Vehicles ("RMV"). I know from the investigation that since at least October 2025, COOK has resided at 110 LAMONT STREET with: (1) K.N., who is COOK's fiancée, (2) K.M. the mother of K.N., and (3) MINOR 1, the child of COOK and K.N. K.N. and M.N. list 110 LAMONT STREET as their residence with the RMV as well. I believe based on current investigative efforts and evidence developed in this case that COOK, K.N., M.N. and MINOR 1 reside at 110 LAMONT STREET.

6. COOK is currently on pretrial release from a pending indictment in Hampden Superior Court, charging him with drug and firearm offenses. On March 6, 2026, COOK was arraigned, and

the prosecutor's motion for detention was denied, and he was ordered released pending the posting of $25,000 cash bail and surrender of his passport. It appears from the docket that, as of March 9, 2026, COOK's passport was surrendered and his bail was posted shortly thereafter. I have reviewed the recognizance form and K.N. was the surety who posted the $25,000 cash bail for COOK on March 9, 2026. On the recognizance form, K.N. listed 110 Lamont Street, Springfield, MA, as her address.

**III. BACKGROUND REGARDING SNAP PROGRAM**

7. The United States Department of Agriculture, Food and Nutrition Services, is the federal agency responsible for the administration and implementation of the Food Stamp Program (FSP) throughout the United States. The program helps qualifying individuals and families buy food. As of October 1, 2008, the official name of the Food Stamp Program changed to the Supplemental Nutrition Assistance Program ("SNAP"). Some of the forms and regulations, however, still refer to the Food Stamp Program. This affidavit will refer to the Food Stamp Program and SNAP interchangeably. The Food Stamp Program originally assisted eligible recipients by providing food stamp coupons. In the 1990s, the USDA, through the State of Massachusetts Department of Transitional Assistance ("DTA"), converted from paper food stamp coupons to the Electronic Benefit Transfer ("EBT") system, commonly referred to as an EBT card.

8. EBT cards are like credit or debit cards, and in the case of SNAP, the EBT card is linked to the recipient's benefit account and credited with the allocated benefit amount on a monthly basis. The recipient can redeem benefits at participating retailers. Redemption is done in a fashion similar to a credit card transaction, either by manually entering the account information or by swiping the EBT card through the Point of Sale (POS) device. The SNAP recipient then enters a personal identification number (PIN) in the machine's external PIN pad to complete the transaction. The EBT

card machine records the EBT card number, the date and time of the transaction and the amount debited from the recipient's EBT account.

9. SNAP is a government benefit funded by the American taxpayer. The USDA issues 100% of federal SNAP benefits through states under federal/state agreements. In Fiscal Year 2025, the USDA issued over $2.6 billion in SNAP benefits to Massachusetts recipients. The purpose of SNAP is to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power. Under the program, eligible households receive food stamps or SNAP in the form of credits to an EBT card to buy food from authorized retail stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary of the USDA through the facilities of the Treasury of the United States. Individuals or families in Massachusetts who need SNAP benefits may apply for assistance through the DTA.

10. To qualify for SNAP, an applicant must be a resident of the state in which the applicant applies, meet financial eligibility requirements, and be a United States citizen or an eligible non-citizen. An applicant is required to truthfully provide proof of identity to demonstrate that the applicant is the person who the applicant claims to be and must furnish a Social Security number or provide proof that the applicant has applied for one. An applicant for SNAP benefits must provide complete and accurate information, including information about all household members who live at the residence, their real name, date of birth, and Social Security number, both at the time of application and on an ongoing basis. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of the United States Code or the regulations issued by the USDA. Specifically, 7 U.S.C. § 2024 makes it a crime to illegally use or acquire SNAP benefits.

11. In Massachusetts, DTA has its primary offices in Boston, Massachusetts. Applicants for the SNAP program can complete their application over the internet through a service known as "DTA Connect," and those applications are electronically signed and the accuracy of the information provided by the applicant is sworn-to under the penalties of perjury. Applicants acknowledge during

the application process that they are obligated to provide accurate information to DTA and update and inform DTA when information that they provide on their application changes.

## IV. COOK'S SNAP APPLICATION & BENEFITS

12. I have reviewed records for COOK that are maintained by DTA. In particular, I reviewed the application for SNAP benefits that was submitted by COOK on April 6, 2026, to the DTA. I have also reviewed records of the usage of the EBT card assigned to COOK since the card was issued.

### A. COOK'S SNAP APPLICATION

13. On April 6, 2026, COOK applied for SNAP through an online application to DTA through the DTA Connect service. This application was received and processed by DTA at its primary office at Ashburton Place, in Boston, Massachusetts. In the application, COOK identified his primary residence as 110 Lamont Street, Springfield, Massachusetts.

14. COOK then completed the application and stated that his "income and money in the bank add up to less than [his] monthly housing expenses." COOK further stated that his "monthly income is less than $150" and that his "money in the bank [was] $100 or less." This section of COOK's application reads as follows:

**Emergency SNAP benefits**

| | |
|---|---|
| Does your income and money in the bank add up to less than your monthly housing expenses? | Yes |
| Is your monthly income less than $150 and is your money in the bank $100 or less? | Yes |
| Are you a migrant worker and is your money in the bank $100 or less? | No |

Based on the investigation, I believe both statements were false. For example, on April 6, 2026, the date of the application, COOK's Navy Federal Credit Union ("NFCU") bank account ending in 8566 had a balance of $8,814.10.

15. COOK's SNAP application next inquired about people in COOK's household at 110 Lamont Street. Under 106 C.M.R. 361.200, "A SNAP household is defined as: (1) an individual who lives alone; (2) an individual living with others who purchases food and prepares meals separately; or (3) a group of individuals living together who purchase food and prepare meals together." A child younger than 22 years old living with his or her natural, adopted or stepparent(s) must be in the same SNAP household as the parent(s). For this section, COOK stated that there were two people in his household at 110 LAMONT STREET: himself and a child I will refer to as MINOR 1. The section of COOK's SNAP application related to his household composition reads as follows:

**About my Household Members**

| | |
|---|---|
| How many people live in your household, including you? | 2 |
| Does anyone in the house have a physical or mental disability? | No |
| **Household 1: MINOR 1 details** | |
| What is this person's first name? | [redacted] |
| What is this person's middle name? | |
| What is this person's last name? | |
| Suffix | |
| What is this person's relationship to you? | |
| What is this person's date of birth? | |
| What is this person's Gender? | |
| Is this person a US Citizen? | |
| What is this person's Social Security Number? | |

16. COOK did not identify his fiancée K.N. (who is also the mother of MINOR 1) or M.N. (who is K.N.'s mother) as also residing at 110 LAMONT STREET with him. I believe this was a purposeful omission as K.N. and M.N. have resided at 110 LAMONT STREET with COOK since at least 2025. In addition, both K.N. and M.N. are employees of the City of Springfield and were earning income at the time of COOK's SNAP application. At a minimum, K.N.'s income should have been

disclosed on the SNAP application, and had it been disclosed, it would have affected or disqualified COOK's SNAP benefits eligibility.

17. K.N. is currently employed by the City of Springfield Public Schools and earns over $80,000 annually, and over $45,000 this calendar year. K.N. uses COOK's EBT card to purchase groceries with COOK's SNAP benefits. COOK's omission of K.N. and her income, and the true composition of his household and its income, on his SNAP application were material to COOK's SNAP application and whether or not COOK would have qualified for SNAP benefits and the amount of any benefits he would qualify to receive.

18. COOK next completed the section regarding monthly expenses. COOK claimed that his household, comprised of himself and MINOR 1, spends approximately $2,000 per month in rent. The section of COOK's SNAP application related to his monthly expenses reads as follows:

**Housing Costs**

| | |
|---|---|
| Does your household have any utility costs? | Phone or cell phone service<br>Electricity for an air conditioner<br>Heat (oil, gas, electricity or propane, etc.) |
| What type of housing cost does your household have? | Rent |
| How much is your household's Rent ? | $ 2000/Month |

19. COOK then signed the application digitally, acknowledging that false statements or incomplete information could result in criminal penalties.

| By signing, I agree that:<br><br>• I have read this entire form (or have had it read to me in a language that I understand), including the section about rights and responsibilities, and understand that I must comply with these rules;<br>• The information I am giving is true and complete to the best of my knowledge;<br>• I could go to prison or be required to pay fines if I knowingly give wrong or incomplete information; and DTA and other federal, state, and local officials may verify (check) any information I give. | |
|---|---|
| **Full Name**<br><br>LaMar Cook | **Submitted On**<br><br>06.Apr.2026 11:40 AM |

20. The SNAP application contains further advisements informing COOK that he is swearing to the accuracy of the information provided on the application, that misrepresenting or omitting facts to obtain benefits is fraud, and that COOK is obligated to inform DTA if his household income increases. These advisements follow:

**Department of Transitional Assistance (DTA) Notice of Rights, Responsibilities and Penalties**

- This notice lists rights and responsibilities for all DTA programs. You must follow the rules on this notice for programs you apply for.
- Please read these pages and keep them for your records.
- Let DTA know if you have any questions.

**I swear under penalty of perjury that:**

- I have read the information in this form, or someone read it to me.
- My answers in this form are true and complete to the best of my knowledge.
- I will give DTA information that is true and complete to the best of my knowledge during my interview and in the future.

**I understand that:**

- giving false or misleading information is fraud,
- misrepresenting or withholding facts to get DTA benefits is fraud,
- fraud is considered an Intentional Program Violation (IPV), and
- if DTA thinks I committed fraud, DTA can pursue civil and criminal penalties against me.

**I also understand that:**

- DTA will verify the information I give with my application. If any information is false, DTA may deny my benefits.
- I may also be subject to criminal prosecution for providing false information.

- **Telling DTA about changes in my household**:
  - If I am a SNAP Simplified Reporting household, I do not have to report most changes to DTA until the Interim Report or Recertification is due. The only things I have to report sooner are:
    - If my household's income goes over the gross income threshold (listed on my approval notice).
      - I have to report this by the 10th day of the month after the month my income went over the threshold.
    - If I have to meet the Able-Bodied Adults Without Dependents (ABAWD) Work Rules and my work hours drop below 20 hours per week.
  - If everyone in my household is 60 or older, disabled, or under 18 years old, and no one has earnings from work, the only things I have to report are:
    - If someone starts working, or
    - Someone joins or leaves my household.
      - I have to report these changes by the 10th day of the month after the month of the change.
  - If I get SNAP through Transitional Benefits Alternative (TBA) because my TAFDC stopped, I do not have to report any changes to DTA for the 5 months that I get TBA.
  - If I get SNAP through Bay State CAP, I do not have to report any changes to DTA.

## B. COOK'S SNAP BENEFITS

21. I reviewed records from DTA related to COOK's SNAP benefits. I know that COOK was approved for SNAP benefits based on the application submitted on April 6, 2026. I also learned that COOK receives approximately $546 per month in SNAP benefits that are credited to his EBT card on a monthly basis. An accurate ledger of transactions where COOK's EBT card was used to conduct a transaction involving SNAP benefits follows below:

| DATE/TIME | STORE | STATE | AMOUNT | SNAP BALANCE |
|---|---|---|---|---|
| 04/13/2026 07:05:43 PM | Big Y Supermarkets 14 | MA | $211.96 | $600.00 |
| 04/16/2026 04:53:43 PM | Fresh Acres Market 16 | MA | $52.86 | $388.04 |
| 04/24/2026 01:26:28 PM | BJ's Wholesale Club 250 | MA | $15.98 | $335.18 |
| 04/24/2026 04:22:25 PM | Big Y World Class Market 66 | MA | $57.58 | $319.20 |
| 04/27/2026 06:22:15 PM | Big Y Supermarkets 01 | MA | $60.68 | $261.62 |
| 04/28/2026 04:27:47 PM | PriceRite of Springfield 352 | MA | $51.90 | $200.94 |
| 04/28/2026 05:04:45 PM | Fresh Acres Market 16 | MA | $65.49 | $149.04 |
| 04/30/2026 06:00:35 PM | Big Y Supermarkets 14 | MA | $75.30 | $83.55 |
| 05/19/2026 01:07:40 AM | Amazon.com | WA | $7.94 | $8.25 |
| 05/19/2026 01:12:22 PM | Fresh Acres Market 16 | MA | $31.13 | $546.31 |
| 05/19/2026 03:14:41 PM | Big Y Supermarkets 14 | MA | $73.25 | $515.18 |
| 05/19/2026 07:50:32 PM | Walmart 1967 | MA | $15.76 | $441.93 |
| 05/21/2026 07:14:34 PM | Walmart 1967 | MA | $50.17 | $426.17 |
| 05/26/2026 07:37:02 PM | PriceRite of Springfield 352 | MA | $90.86 | $376.00 |
| 05/27/2026 05:21:24 PM | Big Y World Class Market 86 | MA | $44.73 | $285.14 |
| 05/29/2026 05:42:51 PM | Big Y World Class Market 86 | MA | $55.81 | $240.41 |
| 05/31/2026 08:58:08 PM | Walmart 1967 | MA | $23.93 | $184.60 |
| 06/02/2026 07:04:19 PM | Fresh Acres Market 16 | MA | $75.40 | $160.67 |
| 06/09/2026 04:53:19 PM | Big Y Supermarkets 14 | MA | $78.51 | $85.27 |
| 06/10/2026 09:36:15 PM | Walmart 1967 | MA | $51.68 | $552.76 |

| | | | | |
|---|---|---|---|---|
| 06/13/2026 09:22:39 AM | Walmart 1967 | MA | $31.78 | $501.08 |
| 06/14/2026 03:30:55 PM | PriceRite of Springfield 352 | MA | $95.53 | $469.30 |
| 06/14/2026 04:27:13 PM | Big Y World Class Market 66 | MA | $176.94 | $373.77 |
| 06/18/2026 04:26:02 PM | Fresh Acres Market 16 | MA | $44.72 | $196.83 |
| 06/19/2026 09:58:12 PM | Walmart 1967 | MA | $38.99 | $152.11 |
| 06/23/2026 06:06:35 PM | BJ's Wholesale Club 250 | MA | $48.76 | $113.12 |
| 06/24/2026 01:44:14 PM | Big Y World Class Market 86 | MA | $56.07 | $64.36 |
| 07/13/2026 07:17:22 PM | BJ's Wholesale Club 250 | MA | $15.98 | $554.29 |
| 07/14/2026 05:53:19 PM | Stop & Shop 404 | MA | $15.49 | $538.31 |
| 07/15/2026 05:17:14 PM | Walmart SUPERCENTER 5420 | FL | $27.23 | $522.82 |
| 07/16/2026 11:18:36 AM | Publix Super Market 1810 | FL | $73.56 | $495.59 |
| 07/24/2026 04:45:03 PM | Big Y Supermarkets 01 | MA | $63.82 | $422.03 |
| 07/25/2026 10:09:20 AM | PriceRite of Springfield 352 | MA | $14.75 | $358.21 |
| 07/27/2026 05:27:01 PM | PriceRite of Springfield 352 | MA | $51.24 | $343.46 |
| 07/27/2026 05:53:28 PM | Walmart 1967 | MA | $45.58 | $292.22 |
| 07/30/2026 05:54:13 PM | Big Y World Class Market 86 | MA | $66.09 | $246.64 |
| 08/10/2026 04:10:14 PM | Big Y World Class Market 66 | MA | $82.58 | $726.55 |
| 08/11/2026 04:57:14 PM | Big Y World Class Market 86 | MA | $52.65 | $643.97 |
| 08/15/2026 07:23:58 PM | Fresh Acres Market 16 | MA | $41.54 | $591.32 |
| 08/18/2026 05:50:02 PM | Big Y World Class Market 66 | MA | $50.31 | $549.78 |
| 08/22/2026 01:44:10 PM | Arnold's Meats | MA | $95.89 | $499.47 |
| 08/23/2026 06:37:03 PM | Big Y Supermarkets 01 | MA | $96.60 | $403.58 |
| 08/23/2026 07:07:09 PM | PriceRite of Springfield 352 | MA | $24.01 | $306.98 |
| 08/29/2026 01:20:52 PM | Big Y Supermarkets 19 | MA | $31.77 | $282.97 |
| 08/30/2026 01:52:06 PM | PriceRite of Springfield 352 | MA | $65.68 | $251.20 |
| 08/30/2026 02:17:45 PM | Walmart 1967 | MA | $52.26 | $185.52 |
| 09/03/2026 04:55:22 PM | Fresh Acres Market 16 | MA | $56.36 | $133.26 |
| 09/14/2026 04:50:42 PM | PriceRite of Springfield 352 | MA | $48.01 | $622.90 |
| 09/14/2026 06:08:18 PM | Big Y World Class Market 86 | MA | $104.30 | $574.89 |
| 09/15/2026 06:30:51 PM | Fresh Acres Market 16 | MA | $52.92 | $470.59 |
| 09/16/2026 05:53:35 PM | Fresh Acres Market 16 | MA | $28.59 | $417.67 |
| 09/18/2026 05:20:48 PM | Fresh Acres Market 16 | MA | $24.07 | $389.08 |
| 09/20/2026 01:57:22 PM | Shaw's 2571 | MA | $42.19 | $365.01 |
| 09/20/2026 07:11:50 PM | Big Y Supermarkets 19 | MA | $45.36 | $322.82 |
| 09/23/2026 05:22:47 PM | Big Y World Class Market 86 | MA | $83.69 | $277.46 |
| 09/26/2026 03:43:43 PM | Arnold's Meats | MA | $57.75 | $193.77 |
| 09/26/2026 05:32:49 PM | PriceRite of Springfield 352 | MA | $80.34 | $136.02 |
| | **TOTAL SNAP Purchases** | | **$3,274.32** | |

## V. INVESTIGATION OF COOK AND IDENTIFICATION OF FALSE STATEMENTS AND MATERIAL OMISSIONS

22. Based on the investigation thus far, I believe that COOK omitted substantial household income and assets from his SNAP application. I further believe that COOK purposefully omitted the disclosure of K.N. and M.N. as members of his household from his SNAP application. Both K.N. and M.N. reside with COOK at 110 LAMONT STREET and are employed. The inclusion of K.N. and

M.N. as household members on the SNAP would have been material to DTA's determination as to COOK's eligibility for SNAP benefits.

**A. NAVY FEDERAL CREDIT UNION BANK ACCOUNT**

23. I reviewed the records for COOK's NFCU bank account ending in 8566 for the period of January 2025 through September 2026. COOK is the sole signatory for the account. The 110 LAMONT STREET address has been listed on the account statements since December 2024, and it remains the current address for the account on statements issued as recently as September 14, 2026.

24. I reviewed records for the NFCU account ending in 8566 during the period of April 2026, when COOK submitted his SNAP Application. On April 6, 2026, the day COOK submitted his SNAP application, he had a total balance of $8,814.10 in the NFCU bank account ending 8566. By the end of the statement period, on April 14, 2026, he had a balance of $8,738.97 in the bank account ending 8566. During the statement period from March 15, 2026, to April 14, 2026, COOK received a total of $3,274.96 from various sources which were deposited into the NFCU account ending 8566.

25. I am aware from public reporting that COOK's mother won a Massachusetts Lottery prize of approximately one million dollars in early 2026. During my review of the bank records, I observed numerous payments to COOK from his mother, totaling over $12,000 since March 2026. The following is an accurate list of payments to COOK's bank account ending in 8566 from his mother by Zelle transfer.

| Date | Amount |
|---|---|
| 3/16/2026 | $1.00 |
| 3/16/2026 | $750 |
| 4/8/2026 | $2,000 |
| 5/18/2026 | $100 |
| 6/8/2026 | $500 |
| 6/8/2026 | $2,000 |
| 6/15/2026 | $1,000 |
| 6/18/2026 | $1,900 |
| 7/21/2026 | $1,000 |
| 7/22/2026 | $1,000 |
| 7/31/2026 | $500 |
| 8/17/2026 | $625 |
| 8/19/2026 | $600 |

| | |
|---|---|
| 9/14/2026 | $500 |
| | $12,476.00 |

26. In his SNAP application, COOK claimed to be paying $2,000 per month in rent. I have reviewed COOK's bank records for the NFCU account ending in 8566 and I did not observe any payments that were consistent with a $2,000 per month rent payment.

**B. COOK'S HOUSEHOLD**

27. Based on the investigation, I believe that COOK falsely stated that there was no one else who was part of his household on his SNAP application and thereby omitted the income of K.N. from his household. I believe that K.N. resides at 110 LAMONT STREET and has resided there since at least 2025 based on the following.

**1. STATE DRUG AND GUN CASE**

28. On September 18, 2026, I received documents related to the pending state court drug and gun case. I reviewed the police reports and affidavit supporting a search warrant for COOK's residence at 110 LAMONT STREET.

29. On October 28, 2025, at approximately 10:10 PM, Massachusetts State Police ("MSP") encountered COOK operating a Dodge Ram truck. COOK was pulled over and placed under arrest. When asked who was in 110 LAMONT STREET, COOK identified his fiancée and his son as being there.

30. During execution of a search warrant at 110 LAMONT STREET on October 28, 2025 at approximately 10:20 PM, MSP encountered K.N. within 110 LAMONT STREET. K.N. appears on body-cam video and identified the master bedroom as the bedroom she shares with COOK. The MSP bodycam showed that K.N.'s mother also resided at 110 LAMONT STREET.

**2. USE OF EBT CARD BY K.N.**

31. I reviewed records of BJ's Wholesale Club related to COOK's EBT transactions on June 23, 2026 and July 13, 2026. COOK and K.N. were present for both transactions and used K.N.'s

BJ's club member card. During the transactions, K.N. swiped COOK's EBT card to pay with SNAP benefits. Still images from these transactions follow, with K.N.'s face redacted:





32. I reviewed records of COOK's SNAP benefits being used at Walmart on June 19, 2026, in Springfield, Massachusetts, and July 15, 2026, in Kissimmee, Florida. For both transactions, K.N. utilized COOK's EBT card to pay for the transactions with COOK's SNAP benefits and is visible on the store surveillance video. From the store surveillance video, COOK did not appear to be present with K.N. during the transactions.

33. I reviewed records from Big Y related to the purchases listed above where COOK's SNAP benefits were utilized. These transactions are as follows:

| DATE/TIME | STORE | STATE | AMOUNT | SNAP BALANCE |
|---|---|---|---|---|
| 04/13/2026 07:05:43 PM | Big Y Supermarkets 14 | MA | $211.96 | $600.00 |
| 04/24/2026 04:22:25 PM | Big Y World Class Market 66 | MA | $57.58 | $319.20 |
| 04/27/2026 06:22:15 PM | Big Y Supermarkets 01 | MA | $60.68 | $261.62 |
| 04/30/2026 06:00:35 PM | Big Y Supermarkets 14 | MA | $75.30 | $83.55 |
| 05/19/2026 03:14:41 PM | Big Y Supermarkets 14 | MA | $73.25 | $515.18 |
| 05/27/2026 05:21:24 PM | Big Y World Class Market 86 | MA | $44.73 | $285.14 |
| 05/29/2026 05:42:51 PM | Big Y World Class Market 86 | MA | $55.81 | $240.41 |
| 06/09/2026 04:53:19 PM | Big Y Supermarkets 14 | MA | $78.51 | $85.27 |
| 06/14/2026 04:27:13 PM | Big Y World Class Market 66 | MA | $176.94 | $373.77 |
| 06/24/2026 01:44:14 PM | Big Y World Class Market 86 | MA | $56.07 | $64.36 |
| 07/24/2026 04:45:03 PM | Big Y Supermarkets 01 | MA | $63.82 | $422.03 |
| 07/30/2026 05:54:13 PM | Big Y World Class Market 86 | MA | $66.09 | $246.64 |
| 08/10/2026 04:10:14 PM | Big Y World Class Market 66 | MA | $82.58 | $726.55 |
| 08/11/2026 04:57:14 PM | Big Y World Class Market 86 | MA | $52.65 | $643.97 |
| 08/18/2026 05:50:02 PM | Big Y World Class Market 66 | MA | $50.31 | $549.78 |
| 08/23/2026 06:37:03 PM | Big Y Supermarkets 01 | MA | $96.60 | $403.58 |
| 08/29/2026 01:20:52 PM | Big Y Supermarkets 19 | MA | $31.77 | $282.97 |
| 09/14/2026 06:08:18 PM | Big Y World Class Market 86 | MA | $104.30 | $574.89 |
| 09/20/2026 07:11:50 PM | Big Y Supermarkets 19 | MA | $45.36 | $322.82 |
| 09/23/2026 05:22:47 PM | Big Y World Class Market 86 | MA | $83.69 | $277.46 |

| | | | | |
|---|---|---|---|---|
| | | TOTAL | $1,568.00 | |

For each of the transactions at Big Y, a member account associated with K.N. was used. I reviewed store surveillance images for the purchases at Big Y for September 14, 2026, and September 20, 2026, and observed K.N. using COOK's EBT card to pay for the items with SNAP benefits. From the store surveillance video, COOK did not appear to be present with K.N. during the transactions.

34. I reviewed records from PriceRite related to the purchase on September 14, 2026, where COOK's SNAP benefits were utilized. K.N. conducted the transaction and is observed on store surveillance video using COOK's EBT card to pay for the items with SNAP benefits. From the store surveillance video, COOK did not appear to be present with K.N. during the transaction.

**3. PHYSICAL SURVEILLANCE**

35. On September 22, 2026, I conducted surveillance at 110 Lamont Street, Springfield, Massachusetts. I observed K.N. and MINOR 1 depart the residence in a black Dodge Ram pickup truck with a Massachusetts veteran license plate. This is the same truck that COOK was operating when arrested by MSP in October 2025. I also observed a green Saturn Vue parked on the street in front of the residence with a Massachusetts license plate. I queried this plate and it was identified to be registered to M.N. at 110 Lamont Street, Springfield, Massachusetts.

36. On October 5, 2026, I conducted surveillance at 110 Lamont Street, Springfield, Massachusetts. I observed the same vehicles present at the address that were present September 22, 2026. At about 8:12 AM, K.N. departed 110 Lamont Street in the Dodge Ram truck, and drove to the Rebecca M. Johnson School at 55 Catharine St, Springfield, MA 01109. K.N. parked in the back parking lot, exited with some bags, and went into a door at the back of the school. At about 9:45 AM, I observed the Dodge Ram parked in the same location.

37. I believe that K.N. and M.N. continue to reside with COOK at 110 Lamont Street. As of October 5, 2026, COOK has not disclosed to DTA their residence with him as part of the 110 Lamont Street, Springfield, Massachusetts household.

**3. K.N. EMPLOYMENT RECORDS**

38. I reviewed records from the Social Security Administration concerning K.N. The records show that K.N. earned over $83,000 in wages from the Springfield Public Schools in 2025.

39. On the City of Springfield website, I located the Springfield Open Checkbook which included payroll records for employees of the Springfield Public Schools.[1] The records for K.N. from the Springfield Open Checkbook showed that her salary for 2025 was approximately $86,000, and that K.N. has earned $47,314 in 2026. The records for M.N. from the Springfield Open Checkbook showed that her salary for 2025 was approximately $17,000, and that M.N. has earned $10,937 in 2026.

**4. FLIGHT RECORDS**

40. On September 28, 2026, I received records from Breeze Airways for flights taken by COOK and K.N. In the records, COOK listed an address of 110 Lamont Street, Springfield, Massachusetts. From those records, I observed that COOK and K.N. flew from Hartford, Connecticut to Orlando, Florida on July 15, 2026, and returned on July 20, 2026. I noted that six other persons, including COOK's mother, were part of the Orlando booking. The flights for the eight passengers cost $1,904 and the flights were paid for by COOK, on June 22, 2026, using his NFCU account ending in 8566.

---

[1] The Springfield Open Checkbook is located at https://www.springfield-ma.gov/finance/checkbook-payroll. The specific Calendar Year 2026 Payroll checkbook is located at https://www.springfield-ma.gov/finance/fileadmin/comptroller/open-checkbook/hr/Open_Checkbook_HR_FY2026.xlsx. I viewed the 2026 Payroll checkbook on September 30, 2026.

## VI. CONCLUSION

41. Based on the foregoing, there is probable cause to believe that LAMAR COOK has violated: (1) 7 U.S.C. § 2024(b), by unlawfully using, transferring, acquiring, or possessing SNAP benefits, and (2) 18 U.S.C. § 1343, by transmitting false and fraudulent writings, signs, signals, pictures, or sounds by wire communication during his SNAP application in order to obtain SNAP benefits by false or fraudulent pretenses.

Sworn to telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on October ___6___, 2026.

Todd Bucci /by Paul G. Levenson
Special Agent Todd Bucci
USDA-OIG

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on October ___6___, 2026.

Hon. Paul G. Levenson
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS