AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
LAMAR COOK

Defendant

Case No. 26-MJ-8305-PGL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LAMAR COOK, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Count 1, Unauthorized Use, Transfer, Acquisition, Alteration, or Possession of Benefits, Valued Greater than $100 but Less than $5,000 (7 U.S.C. § 2024(b))

Count 2, Wire Fraud (18 U.S.C. § 1343)

Date: October 6, 2026

*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/06/2026, and the person was arrested on *(date)* 10/14/2026 at *(city and state)* Springfield, MA.

Date: 10/14/2026

Luke Puleo
*Arresting officer's signature*

Luke Puleo Special Agent
*Printed name and title*